Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Optimum Services, Inc. v. U.S. Army Corps of Engineers

No. 14-1228

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☑ As counsel for: Optimum Services, Inc.
                              Name of party

I am, or the party I represent is (select one):

☑ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☐ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

My address and telephone are:

Name: Karl Dix, Jr.
Law firm: Smith, Currie & Hancock LLP
Address: 2700 Marquis One Tower, 245 Peachtree Center Ave., NE
City, State and ZIP: Atlanta, GA  30303-1227
Telephone: 404-582-8038
Fax #: 404-688-0671
E-mail address: kfdix@smithcurrie.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): April, 1990

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

January 15, 2015                    _____
      Date                          Signature of pro se or counsel

cc: _____

123

# CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of January, 2014, I served via electronic mail through the Court's electronic filing system, **Petitioner's Entry of Appearance** on attorney for Respondent:

Director, Commercial Litigation Branch
Civil Division
U.S. Department of Justice
c-natcourts.appeals@usdoj.gov

*/s/ Karl Dix, Jr.*
Karl Dix, Jr.
**SMITH, CURRIE & HANCOCK LLP**
Attorneys for Petitioner Optimum Services, Inc.
2700 Marquis One Tower
245 Peachtree Center Ave., NE
Atlanta, GA  30303-1227
Phone:  404-582-8038
Fax:  404-688-0671
Email:  kfdix@smithcurrie.com